UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNTIED STATES OF AMERICA       )
                               )
vs.                            )       CASE NO. 2:16-CR-89
                               )
TIMOTHY DANIEL GREENE          )

### PETITION TO TEMPORARILY
### LEAVE JURISDICTION FOR A LIMITED TIME

Comes now, Timothy Daniel Greene, petitioner in the above-captioned matter and requests permission of the Court to temporarily leave the jurisdiction for a limited time and in support thereof states as follows:

1.    That at a hearing conducted on June 17, 2016 the petitioner executed an unsecured bond and was restricted to travel in the Northern District of Illinois and Indiana.

2.    That your petitioner is requesting permission to travel to the State of Alabama between the date of July 13 – July 18 for the purpose of attending a family reunion in the city of Birmingham, Alabama .

3.    That you petitioner will return to his home on July 18, 2016.

WHEREFORE, Petitioner prays he be permitted to leave this jurisdiction for a limited time between July 13 – July 18, 2016.

Respectfully submitted,
/s/   William A. Padula
WILLIAM A. PADULA
Attorney I.D. (#5598-45)
303 Ridge Road
Munster, Indiana 46321
PH: (219) 836-0222

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:16-CR-89 |
| | ) | |
| TIMOTHY DANIEL GREENE | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 06, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:  Assistant U.S. Attorney Jill Rochelle Koster, Mellissa Brashier Pre-Trial Services/Melissa Brashier@innp.uscourts.org .

Respectfully submitted,


/s/WILLIAM A. PADULA
Attorney I.D. #5598-45
303 Ridge Road
Munster, Indiana  46321
PH: (219) 836-0222